UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,*<br><br>vs.<br><br>(1) CHRISTOPHER NEDIO VILLANUEVA<br>*Defendant,* | §<br>§<br>§   No.  SA:24-M -00138(1)<br>§<br>§   *Ref: 2:21cr1553*<br>§<br>§ |

## ORDER OF REMOVAL

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:

**(1) CHRISTOPHER NEDIO VILLANUEVA** ,charged in a proceeding pending in the

**WESTERN DISTRICT OF TEXAS**

**Del Rio** DIVISION for **Supervised Release Violation**,

and having been arrested in the San Antonio Division.

**YOU ARE HEREBY COMMANDED** to remove **(1) CHRISTOPHER NEDIO VILLANUEVA** forthwith

to the , **Del Rio** DIVISION, and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

**ORDERED** at SAN ANTONIO, Texas on **30th day of January, 2024**.

**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**